**No. 10-488. Vladas Zajanckauskas, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1030, 131 S. Ct. 586, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8795.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 611 F.3d 87.